## No. 04-15-00047-CR

| | | |
|---|---|---|
| IN RE | § | IN THE COURT OF APPEALS FOR |
| | § | THE FOURTH COURT OF APPEALS |
| STEVE TURNER[1] | § | DISTRICT |

## AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § |
| | § |
| COUNTY OF BEXAR | § |

Before me, the undersigned Notary Public, on this day personally appeared Affiant, who being by me first duly sworn, on oath states the following:

My name is Belinda Burkhart. I am over the age of 18 years and have personal knowledge of all facts stated in this affidavit.

I am presently serving as the Chief Deputy Clerk of the Fourth Court of Appeals of Texas. I have served in this capacity at all times pertinent to the matters in controversy in this proceeding. I have responsibility for receiving, filing, and maintaining all documents pertinent to an appeal.

The court's records show that Steve Turner is the court reporter responsible for filing the record in Fourth Court of Appeals Case No. 04-15-00047-CV, styled *Vicente Saldaña v. The State of Texas.*

The court's records show that on April 30, 2015, the court issued an order that stated in part:

> We order **Steve Turner** to file the record in this court on or before **May 15, 2015** (59 days after the original due date). Turner is advised that the court will not grant a further extension of time unless he files a timely motion that (1) establishes there are extraordinary circumstances that prevent him from filing the record as ordered, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline. Turner is further advised that if the record is not received by the date ordered, we may order him to appear and show cause why he should not be held in contempt.

---

[1] Ancillary to *Vicente Saldaña v. The State of Texas*, appealed from the 81st Judicial District Court, Atascosa County, Texas, trial court cause no. 12-09-0169-CRA.

The court's records show the April 30, 2015 order was sent by e-mail to Mr. Turner at dcourts81_218@yahoo.com and at turnerstevenjack902@gmail.com. The court's records do not contain any response from Mr. Turner to the April 30, 2015 order.

The court's records show that on May 28, 2015, the court issued an order requiring Steve Turner to appear at 2:00 p.m. on June 25, 2015, to show cause why he should not be held in contempt for failing to comply with the court's April 30, 2015 order. The order was delivered to Mr. Turner by e-mail and was also delivered to the Atascosa County Sheriff's Office for personal service on Mr. Turner. The return of service filed in this court on June 10, 2015, recites that Deputy G. Pierce served the precept and the show cause order by personally delivering it to Steve Turner on June 3, 2015.

The court's records further show that Steve Turner filed six volumes of reporter's record on June 19, 2015.

Belinda Burkhart

Belinda Burkhart


SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned authority, on this the 24th day of June 2015, to certify which, witness my hand and seal of office.

Cynthia A Martinez

Notary Public in and for the State of Texas
My Commission Expires:

CYNTHIA A. MARTINEZ
Notary Public
STATE OF TEXAS
Commission Expires 07-11-2018

Notary without Bond